IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DON COOK,

    Plaintiff,

v.                                                          CIV 20-0739 KG-SCY

CITY OF ALBUQUERQUE, OFFICER LUKE
MCPEEK, and POLICE CHIEF MIKE GEIER,

    Defendants.

<u>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBMIT EXCESS
PAGES TO THEIR REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT REQUESTING DISMISSAL OF PLAINTIFF'S COMPLAINT</u>

    THIS MATTER having come before the Court upon Defendants' Motion requesting leave to extend the allowable page limits set forth in D.N.M.LR-7.5 for Defendants' reply, and the Court being fully advised in the premises, FINDS that good cause exists to grant the motion.

    IT THEREFORE ORDERED:

    Defendants will be allowed to submit an additional eight (8) pages in excess of the allowable twelve (12) double-spaced pages permitted by D.N.M.LR-7.5 for the reply.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND AGREED TO BY:

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY


/s/ Stephanie M. Griffin, Deputy City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

*Attorney for Defendants*

AGREED TO BY:



Approved via email on April 19, 2021
Joseph P. Kennedy
KENNEDY, KENNEDY, & IVES
1000 2nd Street, NW
Albuquerque, New Mexico 87102
(505) 244-1400/ Fax (505) 244-1406
jpk@civilrightslaw.com

*Attorneys for Plaintiff*